FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP - 1 2011

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SEARCH WARRANT FOR      )        8:11MJ188-TDT
    THE BUILDING LOCATED        )
    AT 1351 S. 20TH ST., OMAHA, )
    NEBRASKA, A BLACK 2006      )
    CHRYSLER 300C WITH          )
    MISSOURI LICENSE PLATE      )
    "RAGE1", AND THE PERSON OF  )
    JEFF SPROWLS               )

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and

the undersigned Special Assistant United States Attorney, and requests this Court to issue an

Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant,

Search Warrant, and the Property Receipt.

Dated this 1st day of September, 2011.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: _____
MARTIN J. CONBOY, IV #22257
Special Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
THOMAS D. THALKEN
Magistrate Judge, United States District Court

DATED: 9/1/11